```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

DONALD L. WILLIAMS,

                  Plaintiff,

vs.                               Case No.   2:05-cv-296-FtM-99DNF

JO ANNE B. BARNHART, Commissioner of
Social Security,

                  Defendant.
_____

## OPINION AND ORDER

This matter is before the Court on consideration of Magistrate Judge Douglas E. Frazier's Report and Recommendation (Doc. #12), filed on May 26, 2006, recommending that the Commissioner's decision to deny social security disability insurance benefits be affirmed. Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge (Doc. #13) was filed on June 1, 2006, and the Commissioner filed Defendant's Response (Doc. #14) on June 13, 2006.

The Court reviews the Commissioner's decision to determine if it is supported by substantial evidence and based upon proper legal standards. Crawford v. Commissioner of Soc. Sec., 363 F.3d 1155, 1158 (11th Cir. 2004). Substantial evidence is more than a scintilla and is such relevant evidence as a reasonable person would accept as adequate to support a conclusion. Crawford, 363

F.3d at 1158.  Even if the evidence preponderates against the Commissioner's findings, the Court must affirm if the decision reached is supported by substantial evidence.  <u>Crawford</u>, 363 F.3d at 1158-59.  The Court does not decide facts anew, reweigh the evidence, or substitute its judgment for that of the Commissioner. <u>Dyer v. Barnhart</u>, 395 F.3d 1206, 1210 (11th Cir. 2005).  The magistrate judge, district judge and appellate judges all apply the same legal standards to the review of the Commissioner's decision. <u>Dyer</u>, 395 F.3d at 1210; <u>Shinn ex rel. Shinn v. Commissioner of Soc. Sec.</u>, 391 F.3d 1276, 1282 (11th Cir. 2004); <u>Phillips v. Barnhart</u>, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004).

After an independent review, the Court agrees with the findings and conclusions in the Report and Recommendation. Additionally, the Court further finds that plaintiff's new argument regarding a new, later onset date does not provide a basis to award disability insurance benefits.  The record evidence does not establish that plaintiff was totally disabled as of 2004.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #12) is **accepted and adopted** by the Court.

2.  The Decision of the Commissioner of Social Security is **affirmed.**

3.  The Clerk of the Court shall enter judgment accordingly and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __3rd__ day of August, 2006.

                                                JOHN E. STEELE
                                                United States District Judge

Copies:
Hon. Douglas N. Frazier
U.S. Magistrate Judge

Counsel of Record